

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00302-CR

Nicanor C. **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7395
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's Corrected Unopposed Motion for Leave to File Additional Briefing is GRANTED. Appellant may file an **amended** brief on or before thirty days after the supplemental clerk's record containing the trial court's finding of facts and conclusions of law is filed. Appellee's brief will be due thirty days after appellant files an amended brief. If appellant does not file an amended brief, appellee's brief will be due fifty days after the supplemental clerk's record containing the trial court's findings of fact and conclusions of law is filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court